**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of ___Delaware___
                                            (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Paragon Offshore Drilling LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Noble Drilling Corporation |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 73-0374541 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3151 Briarpark Drive | |
| Number        Street | Number        Street |
| Suite 700 | |
| | P.O. Box |
| Houston               TX        77042 | |
| City               State     ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris County | |
| County | Number        Street |
| | |
| | City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | http://www.paragonoffshore.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding  LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Paragon Offshore Drilling LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

<u>2131</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

         District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor See attached Schedule 1 _____ Relationship _____

         District _____ When _____
                                    MM / DD / YYYY

         Case number, if known _____

| Debtor | Paragon Offshore Drilling LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Paragon Offshore Drilling LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**
(on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/14/2016
                MM / DD / YYYY

✗ _Randall D. Stilley_                              Randall D. Stilley
Signature of authorized representative of debtor    Printed name

Title  Authorized Representative

---

**18. Signature of attorney**

✗ /s/ Mark D. Collins
Signature of attorney for debtor

| | |
|---|---|
| Mark D. Collins | Gary T. Holtzer |
| Printed name | |
| Richards, Layton & Finger, P.A. | Weil, Gotshal & Manges LLP |
| Firm name | |
| One Rodney Square, 920 North King Street | 767 Fifth Avenue |
| Address | |
| Wilmington, DE  19801 | New York, NY  10153 |
| City/State/Zip | |
| (302) 651-7700 | (212) 310-8000 |
| Contact phone | |
| collins@rlf.com | gary.holtzer@weil.com |
| Email address | |
| 2981          Delaware | |
| Bar number     State | |
| 02/14/2016 | |
| Date | |

---

**Schedule 1**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  Additional information about the relationship between each entity is contained in the Declaration of Ari Lefkovits in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief and the Declaration of James A. Mesterharm in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief, both of which have been filed contemporaneously herewith.

| DEBTOR | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Paragon Offshore plc | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Finance Company | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon International Finance Company | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Holdings US Inc. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Drilling LLC | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon FDR Holdings Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Duchess Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore (Luxembourg) S.à r.l. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| PGN Offshore Drilling (Malaysia) Sdn. Bhd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore (Labuan) Pte. Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |

| DEBTOR | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Paragon Holding SCS 2 Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Asset Company Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Holding SCS 1 Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Leasing (Luxembourg) S.à r.l. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Drilling Services 7 LLC | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Leasing (Switzerland) GmbH | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore do Brasil Ltda. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Asset (ME) Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Asset (UK) Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore International Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore (North Sea) Ltd. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon (Middle East) Limited | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Holding NCS 2 S.à r.l. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Leonard Jones LLC | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore (Nederland) B.V. | 16-_____( ) | February 14, 2016 | Delaware | Pending |
| Paragon Offshore Contracting GmbH | 16-_____( ) | February 14, 2016 | Delaware | Pending |

WEIL:\95579147\7\66879.0003

## UNANIMOUS WRITTEN CONSENT OF MEMBERS
## OF PARAGON OFFSHORE DRILLING LLC
### 14 February 2016

Pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, the undersigned, being the Members of Paragon Offshore Drilling LLC, a Delaware limited liability company (the "Company"), do hereby consent to, adopt and approve the following resolutions and each and every action effected thereby:

WHEREAS, the Company and certain of its affiliates intend to implement a financial restructuring (the "Restructuring") on terms and conditions set forth in the Plan Support Agreement previously approved by the Members (the "Plan Support Agreement").

WHEREAS, the Restructuring described in the Plan Support Agreement will be implemented by, among other things, the Company and its affiliates listed in the Plan Support Agreement commencing cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") to implement a chapter 11 plan of reorganization (the "Plan").

WHEREAS, the Restructuring, the Plan Support Agreement, the Plan, and the transactions and obligations contemplated by or referred to in any or all of them have been fully considered by the Members.

**Commencement of Chapter 11 Case**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Members, after consultations with counsel and its financial advisor, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code, on substantially the terms set forth in the Plan Support Agreement.

WEIL:\95614880\2\66879.0003

RESOLVED FURTHER, that Randall D. Stilley and each Member or agent authorized by the Members (each an "Authorized Representative") be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time that the Authorized Representative executing the same shall determine.

**Retention of Professionals**

RESOLVED FURTHER, that the law firm of Weil, Gotshal & Manges LLP is hereby employed as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that the law firm of Richards, Layton & Finger, P.A. is hereby employed as co-counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that the firm of Lazard Frères & Co. LLC is hereby employed as financial advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that the firm of AlixPartners, LLP is hereby employed as restructuring advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that the firm of Kurtzman Carson Consultants LLC is hereby employed as claims, noticing and solicitation agent for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed to execute and file in the Company's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Representative deems necessary, proper, or desirable in connection with the Company's chapter 11 case, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such use of cash collateral, with a view to the successful prosecution of such case.

**General Resolutions**

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Representative shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case.

RESOLVED FURTHER, that any and all past actions heretofore taken by any Authorized Representative in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

This Consent may be executed in counterparts and each counterpart whether original, facsimile, or PDF copy shall be deemed to be an original and all of such counterparts when taken together shall constitute one and the same instrument.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first written above.

MEMBERS:

**PARAGON OFFSHORE DRILLING LLC**

_____
Lee M. Ahlstrom

_____
Steven A. Manz

_____
Andrew W. Tietz

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first written above.

**MEMBERS:**

**PARAGON OFFSHORE DRILLING LLC**

_____
Lee M. Ahlstrom

_____
Steven A. Manz

_____
Andrew W. Tietz

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name Paragon Offshore Drilling LLC | ☐ Check if this is an amended filing |
| United States Bankruptcy Court for the District of Delaware | |
| Case number (if known) _____ | |

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE, UNDER SENIOR NOTES INDENTURE DATED JULY 18, 2014 - 6.75% SENIOR NOTES DUE 2022 AND 7.25% SENIOR NOTES DUE 2024 60 WALL STREET, 16TH FLOOR, MAIL STOP: NYC60-1630 NEW YORK, NY 10005 ATTN: CORPORATES TEAM DEAL MANAGER – PARAGON OFFSHORE PLC | CORPORATES TEAM DEAL MANAGER – PARAGON OFFSHORE PLC FAX: 1-732-578-4635 | BOND DEBT | | | | $1,012,035,280 |
| 2 | NATIONAL OILWELL VARCO, INC. 7909 PARKWOOD CIRCLE DRIVE HOUSTON, TX  77036-6565 | RENATO BRIGIDO 55 22-3311-1700 RENATO.BRIGIDO@NOV.COM | TRADE DEBT | | | | $3,775,369 |
| 3 | KEPPEL VEROLME BV PO BOX 1001 ROZENBURG 12 3180 AA NETHERLANDS | MR. BAGHUS 0031 181 234444 HBAGHUS@KEPPELVEROLME.NL | TRADE DEBT | | | | $1,600,275 |
| 4 | ADVANCED JOINING TECHNOLOGIES, INC. 945 BUNKER HILL ROAD, STE 500 HOUSTON, TX  77024 | MR. FORREST 713-393-1312 SFORREST@AJT-INC.COM | TRADE DEBT | | | | $455,000 |
| 5 | NOW, INC. (DBA DNOW LP) 7402 NORTH ELDRIDGE PARKWAY HOUSTON, TX  77041 | VICKI PICHERS 713-868-8733 DS-WILSON-AR-REMITTANCE@NOW.COM | TRADE DEBT | | | | $441,908 |
| 6 | GE POWER CONVERSION DO BRASIL LTDA AV. ALVARES CABRAL 1345 LOURDES-BELO HORIZONTE MG 30170-001 BRAZIL | CLERIA DINIZ 31 3330-5873 CLERIA.DINIZ@GE.COM | TRADE DEBT | | | | $336,566 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  CAMERON FRANCE SAS PLAINE ST PIERRE - CS620 BEZIERS CEDEX 75 34535 FRANCE | CORINNE GALINDO 4-6711-1617 CORINNE.GALINDO@C-A-M.COM | TRADE DEBT | | | | $329,280 |
| 8  BENTEC GMBH DEILMANNSTR 1 BAD BENTHEIM 11 48443 GERMANY | GESINE PAETZEL 49 5922-72-80 GESINE.PAETZEL@BENTEC.DE | TRADE DEBT | | | | $306,591 |
| 9  ALLRIG, INC. 1644 COTEAU ROAD HOUMA, LA 70364 | MR. JOYNER 985-851-5474 JJOYNER@VICKSBURGMARINE.COM | TRADE DEBT | | | | $280,746 |
| 10  CHANTIER NAVAL ET INDUSTRIEL DU CAMEROUN SA ZONE AMONT DOUALA DOUALA 2389 CAMEROON | GENERAL COUNSEL 237-3340-3478 ENQUIRIES@CNICYARD.COM | TRADE DEBT | | | | $269,515 |
| 11  RIGNET, INC. 1880 S. DAIRY ASHFORD, SUITE 300 HOUSTON, TX  77077 | ANA GARCIA 65 6491 2002 NOBLE-PO@RIG.NET | TRADE DEBT | | | | $225,019 |
| 12  INTERNATIONAL SOS CHISWICK PARK, BUILDING 4 566 CHISWICK HIGH ROAD LONDON ENGLAND W4 5YE UNITED KINGDOM | SAM SUBEDAR 971 4601-8888 UAE.RECEIVABLES@INTERNATIONALSOS.COM | PROFESSIONAL SERVICES | | | | $224,184 |
| 13  CONTROL UNION TESTING AND INSPECTIONS BV WESTERDUINWEG 10 IJMUIDEN ORD 1976 BV NETHERLANDS | GENERAL COUNSEL 255-548-680 S@CONTROLUNION.COM | TRADE DEBT | | | | $213,982 |
| 14  DYNAMIC DRILLING & SERVICES PVT LTD. SUITE 227, TOWER-A, KLJ COMPLEX NEW DELHI 30 110015 INDIA | SANTOSH PATANGE 91 22-26592596 SANTOSH.PATANGE@DWDSPL.COM | TRADE DEBT | | | | $207,840 |
| 15  GECKO ME P.O. BOX: 91812 DUBAI UNITED ARAB EMIRATES | SHANTHI D' SOUZA 971 4885-4090 SHANTHI@GRAKONET.COM | TRADE DEBT | | | | $206,956 |
| 16  BAKER MANUFACTURING COMPANY P O BOX 1164 INGLESIDE, TX  78362 | GENERAL COUNSEL 361-776-7585 BMCINGLESIDE@AOL.COM | TRADE DEBT | | | | $189,393 |
| 17  MAMMOET NEDERLAND BV MAMMOET EUROPE BV KAREL DOORMANWEG 47 HAVEN 580 SCHIEDAM 3115 JD NETHERLANDS | LARS LAMET 10-204-2573 LARS.LAMET@MAMMOET.COM | TRADE DEBT | | | | $183,648 |
| 18  OFFSHORE ACCOMMODATION CONTRACTORS RIDDERKERKSTRAAT 24 ROTTERDAM 12 NETHERLANDS | GENERAL COUNSEL 0031 10 4324055 INFO@OAC-GROUP.COM | TRADE DEBT | | | | $173,660 |
| 19  HYDRIL USA DISTRIBUTION LLC 3300 NORTH SAM HOUSTON PARKWAY EAST HOUSTON, TX 77032-3411 | GENERAL COUNSEL 905-858-6731 HYDRILBILLING@GE.COM | TRADE DEBT | | | | $162,467 |
| 20  DE NORA WATER TECHNOLOGIES 1110 INDUSTRIAL BLVD SUGAR LAND, TX 77478 | CANDY ORTIZ 1-281-274-8421 CORTIZ@SEVERNTRENTDENORA.COM | TRADE DEBT | | | | $162,412 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | TECO SOLUTIONS AS<br>PO BOX 462, LYSAKER TORG 8<br>LYSAKER 02 1327<br>NORWAY | GENERAL COUNSEL<br>67200377<br>ACCOUNTING@TECO.NO | TRADE DEBT | | | | $160,316 |
| 22 | CROWNER'S SERVICES BV<br>LINSCHOTENSTRAAT 8B<br>ROTTERDAM 12<br>NETHERLANDS | GENERAL COUNSEL<br>650-280926<br>TONY@CROWNERSSERVICES.NL | TRADE DEBT | | | | $154,797 |
| 23 | SPINNEYS ABU DHABI L.L.C.<br>3RD FLOOR CENTRO CAPITAL<br>CENTER BUILDING<br>AL KHALEEJ AL ARABI ST.<br>ABU DHABI<br>UNITED ARAB EMIRATES | SARFARAJ MIR<br>971 2694-8000<br>SARFARAJ@SPINNEYS.AE | TRADE DEBT | | | | $147,485 |
| 24 | ELECTRO-FLOW CONTROLS LTD.<br>6 QUEENS ROAD<br>ABERDEEN AB12 3LE<br>UNITED KINGDOM | MR. MELVIN<br>1224-249355<br>FMELVIN@EFCGROUP.NET | TRADE DEBT | | | | $140,450 |
| 25 | DUNLOP OIL & MARINE LTD.<br>JUBILEE INDUSTRIAL ESTATE<br>ASHINGTON NE63 8UB<br>UNITED KINGDOM | GORDON SCOTT<br>01670 528735<br>GORDON.SCOTT@FLUID.CONTITECH.CO.UK | TRADE DEBT | | | | $134,515 |
| 26 | THRUSTMASTER OF TEXAS, INC.<br>6900 THRUSTMASTER DRIVE<br>HOUSTON, TX 77041 | JOE BEKKER<br>713-937-6295<br>JBEKKER@THRUSTMASTERTEXAS.COM | TRADE DEBT | | | | $129,431 |
| 27 | DELOITTE TOUCHE TOHMATSU<br>TAX<br>LEVEL 16 MENARA LGB 1 JALAN<br>WAN KAD<br>KUALA LUMPUR KUL 60000<br>MALAYSIA | GENERAL COUNSEL<br>3-7610-8189<br>MYTAX@DELOITTE.COM | PROFESSIONAL SERVICES | | | | $127,762 |
| 28 | PON POWER BV<br>KETELWEG 20<br>PAPENDRECHT 12 3356 LE<br>NETHERLANDS | GENERAL COUNSEL<br>78-6420420<br>MAIL.SERVICESALES.PPOG@PON.COM | TRADE DEBT | | | | $113,606 |
| 29 | NEPTUNUS POWER PLANT<br>SERVICES PVT. LTD.<br>A-554/555, TTC INDUSTRIAL AREA<br>NAVI MUMBAI 13 400710<br>INDIA | GENERAL COUNSEL<br>224141-0707-7<br>SK@NEPTUNUS-POWER.COM | TRADE DEBT | | | | $103,914 |
| 30 | HIGHLAND ROPE ACCESS<br>INSPECTION LTD.<br>UNIT 13 DRIVE, KIRKHILL IND<br>ESTATE<br>ABERDEEN AB21 0GG<br>UNITED KINGDOM | MR. LASTER<br>44 1224 725856 44<br>ALASTER@HRAIGROUP.COM | TRADE DEBT | | | | $90,769 |

> ### Fill in this information to identify the case and this filing:
>
> Debtor Name <u>Paragon Offshore Drilling LLC</u>
>
> United States Bankruptcy Court for the District of Delaware
>
> Case number *(if known)*: _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and  Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>02/14/2016</u>          X   <u>/s/ Randall D. Stilley</u>
                 MM/DD/YYYY                   Signature of individual on behalf of debtor

                                             <u>Randall D. Stilley</u>
                                             Printed name

                                             <u>Authorized Representative</u>
                                             Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
: 
In re                                :       **Chapter 11**
: 
**PARAGON OFFSHORE PLC,** *et al.*,     :       **Case No. 16-_____ (___)**
: 
                             :       **Joint Administration Requested**
           **Debtors.**[1]           :
: 
-------------------------------------------------------x

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Paragon Offshore plc ("**Paragon Parent**") and certain of its subsidiaries (the "**Non-Parent Debtors**"), as proposed debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). Paragon Parent, on behalf of itself and the Non-Parent Debtors, respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Paragon Offshore plc (6017); Paragon Offshore Finance Company (6632); Paragon International Finance Company (8126); Paragon Offshore Holdings US Inc. (1960); Paragon Offshore Drilling LLC (4541); Paragon FDR Holdings Ltd. (4731); Paragon Duchess Ltd.; Paragon Offshore (Luxembourg) S.à r.l. (5897); PGN Offshore Drilling (Malaysia) Sdn. Bhd. (9238); Paragon Offshore (Labuan) Pte. Ltd. (3505); Paragon Holding SCS 2 Ltd. (4108); Paragon Asset Company Ltd. (2832); Paragon Holding SCS 1 Ltd. (4004); Paragon Offshore Leasing (Luxembourg) S.à r.l. (5936); Paragon Drilling Services 7 LLC (7882); Paragon Offshore Leasing (Switzerland) GmbH (0669); Paragon Offshore do Brasil Ltda.; Paragon Asset (ME) Ltd. (8362); Paragon Asset (UK) Ltd.; Paragon Offshore International Ltd. (6103); Paragon Offshore (North Sea) Ltd.; Paragon (Middle East) Limited (0667); Paragon Holding NCS 2 S.à r.l. (5447); Paragon Leonard Jones LLC (8826); Paragon Offshore (Nederland) B.V.; and Paragon Offshore Contracting GmbH (2832). The Debtors' mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.

- Each Debtor listed in **<u>Exhibit A</u>** is 100% owned by its direct parent unless otherwise noted.

- Paragon Parent is the ultimate parent company of each of the Non-Parent Debtors, and directly or indirectly owns a 100% equity interest in each of the Non-Parent Debtors.

- Paragon Parent's equity securities are publicly held.  As of February 14, 2016, no person directly or indirectly owned 10% or more of the issued and outstanding common stock of Paragon Parent.

**<u>Exhibit A</u>**

**Organizational Chart**

**Paragon Group**





**Prospector Group**

WEIL:\95579147\7\66879.0003

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Paragon Offshore Drilling LLC</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ *Other document that requires a declaration*   <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>02/14/2016</u>   **X**   <u>/s/ Randall D. Stilley</u>
            MM/DD/YYYY        Signature of individual on behalf of debtor

                                                    <u>Randall D. Stilley</u>
                                                    Printed name

                                                  <u>Authorized Representative</u>
                                                  Position or relationship to debtor

WEIL:\95579147\7\66879.0003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------x
                                                 :
In re                                            :        Chapter 11
                                                 :
PARAGON OFFSHORE DRILLING                        :        Case No. 16-_____ (___)
LLC                                              :
                                                 :
                Debtor.                          :
                                                 :
-------------------------------------------------x
```

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is a list of equity security holders of the above-captioned debtor:

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Paragon Offshore Holdings US Inc. 3151 Briarpark Drive, Suite 700 Houston, TX 77042 | Common Stock | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name Paragon Offshore Drilling LLC

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ *Other document that requires a declaration:*  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/14/2016         **X**   /s/ Randall D. Stilley
           MM/DD/YYYY              Signature of individual on behalf of debtor

                                           Randall D. Stilley
                                           Printed name

                                           Authorized Representative
                                           Position or relationship to debtor